UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

Carlos Alberto Guttierrez,

    Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 575

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney for the
      Southern District of New York

    by:   Julian J. Moore  /s
        Assistant United States Attorney
        (212) 637-2473

TO:    Deirdre D. Von Dornum, Esq.