UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW TORK

---

**UNITED STATES OF AMERICA**

v.

1:07-cr-00575-KMK-1

**CARLOS ALBERTO GUTIERREZ,**

Defendant.

NOTICE OF APPEARANCE

---

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK:**

You are hereby notified that I represent the Defendant, CARLOS ALBERTO GUTIERREZ, in the above-entitled action.

Dated: July 10, 2007
New York, New York

ISMAEL GONZALEZ & ASSOCIATES, LLC

Ismael Gonzalez, Esq.(IG-9920)
53 West 36th Street, Suite 605
New York, New York 10018
(212) 714-9610--office
**(917) 940-6626--cell**

1