```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-v-

CARLOS ALBERTO GUTIERREZ,

        Defendant.

No. 07 Cr. 575 (RJS)

ORDER

---

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the conference scheduled for Wednesday, October 24, 2007 at 2:30 p.m. is rescheduled for *November 29, 2007 at 10:30AM*.

IT IS FURTHER ORDERED that time under the Speedy Trial Act be excluded from October 24, 2007 until *November 29, 2007* pursuant to 18 U.S.C. § 3161(h)(8)(A). The Court finds that such an exclusion is in the interests of justice and outweighs the defendant's and the public's interest in a speedy trial.

SO ORDERED.

Dated:    New York, New York
            October 22, 2007

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE