UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    Plaintiff,

-v-

CARLOS ALBERTO GUTIERREZ,

    Defendant.

No. 07 Cr. 575 (RJS)

ORDER

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED 11/28/07]*

RICHARD J. SULLIVAN, District Judge:

  WHEREAS counsel for the defendant has requested that the Court adjourn the conference scheduled for November 29, 2007;

  WHEREAS counsel for the government consents to this request;

  IT IS HEREBY ORDERED that the conference scheduled for Thursday, November 29, 2007 is rescheduled for _December 19, 2008_ at _4:30 pm_.

  IT IS FURTHER ORDERED that time under the Speedy Trial Act be excluded from November 29, 2007 until _December 19, 2007_ pursuant to 18 U.S.C. § 3161(h)(8)(A). The Court finds that such an exclusion is in the interests of justice and outweighs the defendant's and the public's interest in a speedy trial because it will afford defense counsel additional time in which to fully prepare for the upcoming conference.

SO ORDERED.

Dated: November 27, 2007
    New York, New York

              _____
              RICHARD J. SULLIVAN
              UNITED STATES DISTRICT JUDGE